**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CANIZALES, | CV 21-8729 PA (MAAx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CITY OF SOUTH GATE; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation to Dismiss Federal Causes of Action with Prejudice (Docket No. 22),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The federal claims asserted by plaintiff Daniel Canizales ("Plaintiff") are dismissed with prejudice; and

2. The Court, pursuant to 28 U.S.C. § 1367(c)(3), declines to exercise supplemental jurisdiction over Plaintiff's state law claims;

3. Defendant's Motion to Dismiss (Docket No. 12) is denied as moot; and

. . . .

. . . .

. . . .

4. Pursuant to 28 U.S.C. § 1367(d), the statute of limitations for the state law claims is tolled while those claims were pending in this Court and for a period of 30 days after this dismissal unless State law provides for a longer tolling period.

DATED: March 25, 2022

                                              Percy Anderson
                                      UNITED STATES DISTRICT JUDGE